# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 9, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144465

ANNMARIE NILL,
        Plaintiff-Appellee,

v

                                 SC: 144465
                                 COA: 298446
                                 WCAC: 09-000229

BORDERS GROUP, INC. and LIBERTY
MUTUAL INSURANCE COMPANY,
        Defendants-Appellants.

_____/

      On order of the Court, the application for leave to appeal the December 20, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 9, 2012                                           _____
                                                       Clerk

t0502